Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 4**

| | |
|---|---|
| pTHE EXCELLENT THE EXCELLENT DOUBLE UNITED STATES BASIS OFFICERS RAJ K. PATEL, from his individual capacity,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | **SUMMONS**<br>**Court No.** 26-04703 |

**TO:** The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Gina Justice**
Clerk of the Court

/s/ Raj K. Patel
Signature of Plaintiff's Attorney

~~7/5/2026~~ 10/10/26
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Raj K. Patel
4330 Strathmore Lane
Zionsville, IN 46077
317-740-8001
rajp2010@gmail.com

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

RECEIVED & FILED

2026 OCT 16 P 5:12

US COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK