**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE
# INFORMATION STATEMENT

*(Place an "X" in applicable ☐)*

| | |
|---|---|
| **PLAINTIFF:** RAJ K. PATEL<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Raj K. Patel<br>4330 Strathmore Lane<br>Zionsville, IN 46077<br>rajp2010@gmail.com<br>317-740-8001 | **COURT NO.:**<br>26-04703 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box:** ■

Ordered Liberty requires certain implementations

**JURISDICTION**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal ☑ Classification ☑ Charges or Exactions ☐ Vessel Repairs

☑ Exclusion ☐ Liquidation ☐ Drawback

☐ Refusal to Reliquidate ☑ Rate of Duty ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal ☑ Classification ☑ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant* ***Federal Register*** *or* ***Administrative Determination*** *citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause ____________________ Agency____________________

***Federal Register*** **or** ***Administrative Determination*** Cite(s) ____________________

Product(s)____________________

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☑ U.S. Secretary of Labor ☑ U.S. Secretary of Commerce ☑ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency: ☑ U.S. International Trade Commission ☑ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2) ☐ Sec. 641(b)(3) ☐ Sec. 641(c)(1) ☐ Sec. 641(b)(5)

☐ Sec. 641(c)(2) ☐ Sec. 641(d)(2)(B) ☐ Sec. 499(b)

## JURISDICTION
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

- ☑ Classification
- ☑ Valuation
- ☑ Restricted Merchandise
- ☑ Rate of Duty
- ☑ Marking
- ☐ Entry Requirements
- ☐ Drawbacks
- ☐ Vessel Repairs
- ☑ Other: off market trade "political economy"

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

GATT of 1994, Article XVII & XVIII - access to technologies and life accroding to economic development CONSTITUTIONAL - does Ordered Liberty, American First and "life" require this CIT to honor the GATT and Doha and signers decisions to require each signing state to serve its own citizens first?

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☑ (1) Recover civil penalty under Tariff Act of 1930:

- ☐ Sec. 592
- ☐ Sec. 593A
- ☐ Sec. 641(b)(6)
- ☐ Sec. 641(d)(2)(A)
- ☐ Sec. 704(i)(2)
- ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☑ (3) Recover customs duties

## RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: | | | |
| ☐ Pending: | | | |

(Attach additional sheets, if necessary.)

[signature]
*Signature of Plaintiff's Attorney*

~~7/5/2026~~ 10/10/26
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)

RECEIVED & FILED
2026 OCT 16 P 5:12
US COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK